UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK CHURCH,

    Plaintiff.

Case No. 14-cv-03444 VC (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On July 30, 2014, Jack Church, a state prisoner, filed a letter attempting to state constitutional claims against employees of Pleasant Valley State Prison, located in Coalinga, California. On the same day, the Clerk of the Court sent Church a notice that he had not filed a complaint on the proper form to state a civil rights claim under 42 U.S.C. § 1983 and that he had not submitted an application to proceed In Forma Pauperis ("IFP"). Doc. Nos. 2, 3. Church was informed that he must submit a complaint on the correct form within twenty-eight days or his case would be dismissed and the file closed. Doc. No. 2. Church was also provided with a copy of the Court's current IFP application and a return envelope, and directed to either pay the filing fee or file the completed IFP application within twenty-eight days of the notice to avoid dismissal of the action. Doc. No. 3.

More than twenty-eight days have passed and Church has not submitted a completed IFP application, a civil rights complaint or otherwise communicated with the Court.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: September 17, 2014

_____
VINCE CHHABRIA
United States District Judge