UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK CHURCH,

    Plaintiff.

Case No. 14-cv-03444-VC   (PR)

**ORDER DIRECTING CLERK NOT TO CHARGE FILING FEE**

Dkt. No. 8

On July 30, 2014, Plaintiff Jack Church, an inmate at a state prison, filed a letter addressed to "Judge Henderson or John Hager" indicating that correctional officers at his prison were violating his rights. The Clerk of the Court construed this as an attempt to file a civil rights complaint and opened a case file. On September 17, 2014, the Court dismissed the case for failure to file a civil rights complaint and *informa pauperis* application. On October 6, 2014, Church sent another letter to the Court indicating that he did not intend to file a civil rights complaint and requested that the Court correct its error. The Court directs the Clerk of the Court not to charge a filing fee for this closed case because it was opened in error.

**IT IS SO ORDERED.**

Dated: October 23, 2014

VINCE CHHABRIA
United States District Judge